UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
E.F. and J.S., individually and on behalf of their son,
O.F.,

                      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
----------------------------------------------------------------X

22-CV-5599 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Initial Case Management Conference previously scheduled for Thursday, March 30, 2023 is **cancelled**. The parties are directed to submit a joint letter by no later than **Monday, April 24, 2023** updating the court on the status of the parties' settlement discussions and whether they anticipate motion practice.

       **SO ORDERED.**

DATED:    New York, New York
                 March 24, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge